# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

\_\_\_ FILED   \_\_\_ ENTERED
\_\_\_ LOGGED  \_\_\_ RECEIVED

FEB 1 2 2015

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

Price, Torrence Diante
**Defendant**

Citation No(s): 4474721

Docket No: MY92

\* \* \* \* \* \* \* \* \* \* \* \*

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| unsafe vehicle operation | nolle | 0 | 0 | 0 |

**TOTAL DUE:** $ 0

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☒ Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363
  (or you may pay online at www.cvb.uscourts.gov)
☐ Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201

☐ Waive Initial Appearance            ☐ Continue to Obtain License
☐ Continue for Payment                ☐ Continue to Retain Attorney
☐ Set for Trial                       ☐ New Court Date: _____
☒ Dismissed by the Government         at: _____ a.m.

COMMENTS: _____

_____        _____
Defendant's Signature             Assistant U.S. Attorney

                                  11/24/2014
_____        _____
Attorney for Defendant            Date

*Original – Court          Yellow – Defendant          Pink – AUSA*

Plea Agreement (01/2013) Triple